INDICTMENT

Page 1 of 1

THE STATE OF MISSISSIPPI,   CIRCUIT COURT   FEBRUARY TERM, A.D., 2014

SECOND JUDICIAL DISTRICT, COUNTY OF HARRISON   No. B2402-2014-111

UTTERING FORGERY
Section 97-21-59, Miss. Code of 1972, as amended

    THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful citizens of the Second Judicial District of Harrison County, duly elected, empaneled, sworn and charged to inquire in and for the said State, County and District, at the Term of Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present:
That:

NIGELLUS DEVONTE DAVIS

in the Second Judicial District of Harrison County, Mississippi, on or about August 30, 2011,

did willfully, unlawfully, feloniously, and with fraudulent intent, utter and publish as true to Keesler Federal Credit Union, located at 2602 Pass Road, Biloxi, Mississippi, a certain counterfeited instrument, to-wit: check # 210102, dated August 8, 2011, drawn on BancFirst, account # 4009563726 of Insured Management Services, in the amount of Two Thousand Five Hundred Twenty and 30/100 ($2,520.30), incorporated as an integral part of this Indictment by attachment hereto as Exhibit "A", the said instrument being apparently capable of effecting a fraud, knowing the same instrument to be counterfeited, contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Mississippi.

_____   A TRUE BILL   _____
DISTRICT ATTORNEY                                                FOREMAN OF THE GRAND JURY

WITNESSES: David Shoemaker

AFFIDAVIT

    Comes now Marshall D. Staehling, Foreman of the aforesaid Grand Jury, and makes oath that this indictment presented to this Court was concurred in by twelve (12) or more members of the Grand Jury and that at least fifteen (15) members of the Grand Jury were present during all deliberations.

_____
FOREMAN OF THE GRAND JURY

Sworn to and subscribed before me this the 7th day of April, 2014.

FILED
APR 0 7 2014
GAYLE PARKER
CIRCUIT CLERK
By _____ D.C.

GAYLE PARKER, CIRCUIT CLERK

By _____, D.C.